(2) Each side shall bear its own costs in 2012–1007.

**Augustine PEREZ, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5129.

United States Court of Appeals, Federal Circuit.

Dec. 28, 2011.

**ON MOTION**

**ORDER**

The petitioner moves to reinstate his appeal and for leave to proceed in forma pauperis.

The court notes that this appeal was dismissed on October 28, 2011 for failure to pay the fee.

Perez is incarcerated. Pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorize the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. A prisoner is no longer afforded the alternative of proceeding without payment of filing fees, but must, in time, pay the $450 filing fee in its entirety. When funds exist, an initial partial payment must be made consisting of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(b)(1). Thereafter, the prisoner is required to make monthly payments of 20% of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency with custody of the prisoner must forward payments from the prisoner's account each time the amount in the account exceeds $10 until the $450 filing fee is paid in full. *Id.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is denied.

(2) The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated. The United States should calculate its brief due date from the date of filing of this order.

**In re Walter F. BEINEKE.**

No. 2011–1460.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2012.

## ON MOTION

### ORDER

Walter F. Beineke moves for a 31–day extension of time, until January 27, 2012, to file his reply brief.

Upon consideration thereof,

It Is Ordered That:

The motion is granted.

